**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Eugene Robert Spiegel** | Social Security number or ITIN **xxx–xx–6755** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–28785–JNP**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eugene Robert Spiegel
aka Rob Spiegel

1/20/17                          **By the court:**   Jerrold N. Poslusny Jr.
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene Robert Spiegel  
    Debtor

Case No. 16-28785-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jan 20, 2017  
                 Form ID: 318     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.

```
db            +Eugene Robert Spiegel,    22 West Annapolis Drive,    Sicklerville, NJ 08081-2188
516424688     +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
516424689     +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
516424690     +Comenity - Zales,    PO Box 659819,    San Antonio, TX 78265-9119
516424696    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of NJ,    PO Box 283,    Trenton, NJ 08695)
516424695     +South Jersey Gas,    PO Box 6000,    Folsom, NJ 08037-6000
516424697     +Stern Lavinthal et al,    293 Eisenhower Parkway,    Livingston, NJ 07039-1789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr            +EDI: QJDMARCHAND.COM Jan 20 2017 23:08:00      Joseph Marchand,    117-119 West Broad St.,
                PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2017 23:21:39      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2017 23:21:36      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516424686      E-mail/Text: bankruptcy@pepcoholdings.com Jan 20 2017 23:21:23      Atlantic City Electric,
                PO Box 4875,    Trenton, NJ 08650
516424685     +EDI: CHASE.COM Jan 20 2017 23:08:00      Amazon.com,    PO Box 15123,    Wilmington, DE 19886-5123
516424687     +EDI: CHASE.COM Jan 20 2017 23:08:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516424691     +E-mail/Text: bankruptcy.bnc@ditech.com Jan 20 2017 23:21:24      Ditech Financial, LLC,
                PO Box 6172,    Rapid City, SD 57709-6172
516424692     +E-mail/Text: egssupportservices@egscorp.com Jan 20 2017 23:21:51      EGS Financial Care,
                PO Box 1020,    Horsham, PA 19044-8020
516424693     +EDI: CBSKOHLS.COM Jan 20 2017 23:08:00      Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
516424694     +EDI: RMSC.COM Jan 20 2017 23:08:00      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
516427466      EDI: RMSC.COM Jan 20 2017 23:08:00      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516424698     +EDI: RMSC.COM Jan 20 2017 23:08:00      Synchrony Bank/Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
516424700     +EDI: TDBANKNORTH.COM Jan 20 2017 23:08:00      TD Bank,    PO Box 84037,
                Columbus, GA 31908-4037
516424701      EDI: TFSR.COM Jan 20 2017 23:08:00      Toyota Motor Credit,    4 Gatehall Drive,
                Parsippany, NJ 07054
516424699     +EDI: WTRRNBANK.COM Jan 20 2017 23:08:00      Target National Bank,    PO Box 660170,
                Dallas, TX 75266-0170
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jan 20, 2017
                               Form ID: 318             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:

          Brian S. Thomas    on behalf of Debtor Eugene Robert Spiegel brian@brianthomaslaw.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          TOTAL: 3