Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                Case No.: 16–28785–JNP  
                Chapter: 7  
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Eugene Robert Spiegel  
   aka Rob Spiegel  
   22 West Annapolis Drive  
   Sicklerville, NJ 08081

Social Security No.:  
   xxx–xx–6755

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 30, 2017</u>               <u>Jerrold N. Poslusny Jr.</u>  
                                             Judge, United States Bankruptcy Court